**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JILL EDWARDS, | **Case No.: 3:25-cv-00424** |
| Plaintiff, | **PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and WEBBANK, | |
| Defendants. | |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil procedure, the undersigned counsel of record for Plaintiff Jill Edwards ("Plaintiff") hereby certifies that the following are the names of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Plaintiff Jill Edwards

2. Consumer Attorneys, PLLC

3. Defendant Equifax Information Services, LLC

4. Experian Information Solutions, Inc.

5. Trans Union LLC, and

6. WebBank

Dated: March 20, 2025,

/s/ Emanuel Kataev
Emanuel Kataev, Esq.
CONSUMER ATTORNEYS, PLLC
68-29 Main Street
Flushing NY 11367

1

T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com (e-mail)

*Attorneys for Plaintiff*
*Jill Edwards*