IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JILL EDWARDS,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and WEBBANK,<br><br>    Defendants. | Case No.: 3:25-cv-00424-KAD<br><br>**SUMMONS RETURNED EXECUTED AS TO DEFENDANT WEBBANK** |

  Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Jill Edwards has served upon Defendant WebBank copies of the following documents:

  1) Summons,

  2) Complaint,

  3) Civil Cover Sheet,

  4) Plaintiff's Disclosure Statement,

  5) Notice re Disclosure Statement,

  6) Order on Pretrial Deadlines,

  7) Electronic Filing Order for Counsel,

  8) Standing Protective Order,

  9) Notice of Option to Consent to Magistrate Judge Jurisdiction,

  10) Notice to Counsel and Self-represented Parties, and

  11) Judge assignment.

  Attached hereto is a copy of the Proof of Service.

Dated: April 1, 2025,

           */s/ Emanuel Kataev*
           Emanuel Kataev, Esq.
           CONSUMER ATTORNEYS, PLLC
           68-29 Main Street
           Flushing NY 11367
           T: (718) 412-2421 (office)
           F: (718) 489-4155 (facsimile)
           E: ekataev@consumerattorneys.com (e-mail)

           *Attorneys for Plaintiff*
           *Jill Edwards*

# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

**JILL EDWARDS,**

              V.                      **SUMMONS IN A CIVIL CASE**

**EQUIFAX INFORMATION SERVICES, LLC, ET AL.,**

                                              CASE NUMBER: **3:25–CV–00424–KAD**

TO: **WebBank**
Defendant's Address:
c/o Corporation Service Company
15 West South Temple, Suite 600
Salt Lake City, UT, 84101

    A lawsuit has been filed against you.

    Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Emanuel Kataev**
**Sage Legal LLC**
**18211 Jamaica Avenue**
**Jamaica, NY 11423**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*/s/ – T. Oliver*

          *Signature of Clerk or Deputy Clerk*



**ISSUED ON 2025–03–21 10:27:10**, Clerk USDC CTD

Civil Action No. 3:25-cv-00424-KAD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* WEBBANK c/o CORPORATION SERVICE COMPANY was received by me on *(date)* March 25, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Carson Lambert , who is designated by law to accept service of process on behalf of *(name of organization)* WEBBANK c/o CORPORATION SERVICE COMPANY, the following documents:  1) Summons; 2) Complaint; 3) Civil Cover Sheet; 4) Plaintiff's Disclosure Statement; 5) Notice re Disclosure Statement; 6) Order on Pretrial Deadlines; 7) Electronic Filing Order for Counsel; 8) Standing Protective Order; 9) Notice of Option to Consent to Magistrate Judge Jurisdiction; 10) Notice to Counsel and Self-represented Parties; and 11) Judge assignment on *(date)* Thursday, March 27, 2025 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 03/28/2025

*Server's signature*

Ryan Condie

*Printed name and title*

Medley Serves & Investigations, LLC
336 E University Pkwy 1009, Orem, UT 84058

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 27, 2025, 11:08 am MDT at CORPORATE: 15 WEST SOUTH TEMPLE SUITE 600, SALT LAKE CITY, UT 84101 received by Carson Lambert. Age: 30; Ethnicity: Caucasian; Gender: Male; Weight: 145; Height: 5'9"; Hair: Brown; Eyes: Brown;
Gave documents to authorized person, front receptionist, Carson Lambert, who accepted with direct delivery.