IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JILL EDWARDS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and WEBBANK,<br><br>　　　　　　Defendants. | Case No.: 3:25-cv-00424-KAD<br><br>**SUMMONS RETURNED EXECUTED AS TO DEFENDANT TRANS UNION LLC** |

　　　　Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Jill Edwards has served upon Defendant Trans Union LLC copies of the following documents:

　　1) Summons,

　　2) Complaint,

　　3) Civil Cover Sheet,

　　4) Plaintiff's Disclosure Statement,

　　5) Notice re Disclosure Statement,

　　6) Order on Pretrial Deadlines,

　　7) Electronic Filing Order for Counsel,

　　8) Standing Protective Order,

　　9) Notice of Option to Consent to Magistrate Judge Jurisdiction,

　　10) Notice to Counsel and Self-represented Parties, and

　　11) Judge assignment.

　　　　Attached hereto is a copy of the Proof of Service.

1

Dated: April 1, 2025,

>/s/ *Emanuel Kataev*
> Emanuel Kataev, Esq.
> CONSUMER ATTORNEYS, PLLC
> 68-29 Main Street
> Flushing NY 11367
> T: (718) 412-2421 (office)
> F: (718) 489-4155 (facsimile)
> E: ekataev@consumerattorneys.com (e-mail)
>
> *Attorneys for Plaintiff*
> *Jill Edwards*

# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**JILL EDWARDS,**

V.	**SUMMONS IN A CIVIL CASE**

**EQUIFAX INFORMATION SERVICES, LLC, ET AL.,**

CASE NUMBER: **3:25–CV–00424–KAD**

TO: **Trans Union LLC**
Defendant's Address:
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, Illinois 62703

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Emanuel Kataev**
**Sage Legal LLC**
**18211 Jamaica Avenue**
**Jamaica, NY 11423**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – T. Oliver
_____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2025–03–21 10:27:10**, Clerk USDC CTD

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-00424-KAD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>TRANS UNION, LLC c/o ILLINOIS CORPORATION SERVICE COMPANY</u> was received by me on *(date)* <u>March 25, 2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Baylon Elfgen</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>TRANS UNION, LLC c/o ILLINOIS CORPORATION SERVICE COMPANY the following documents:  1) Summons; 2) Complaint; 3) Civil Cover Sheet; 4) Plaintiff's Disclosure Statement; 5) Notice re Disclosure Statement; 6) Order on Pretrial Deadlines; 7) Electronic Filing Order for Counsel; 8) Standing Protective Order; 9) Notice of Option to Consent to Magistrate Judge Jurisdiction; 10) Notice to Counsel and Self-represented Parties; and 11) Judge assignment,</u> on *(date)* <u>Wednesday, March 26, 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 03/28/2025

*Server's signature*

Roger Burton

*Printed name and title*

1864 Aberdeen Drive, Glenview, IL 60025

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 26, 2025, 12:02 pm CDT at CORPORATE: 801 ADLAI STEVENSON DRIVE, SPRINFIELD, IL 62703 received by Baylon Elfgen. Age: 23; Ethnicity: Caucasian; Gender: Male; Weight: 250; Height: 6'3"; Hair: Brown; Eyes: Brown; Relationship: Intake Specialist;
Served