IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JILL EDWARDS,<br><br>                Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and WEBBANK,<br><br>                Defendants. | Case No.: 3:25-cv-00424-KAD<br><br>**SUMMONS RETURNED EXECUTED AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

       Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Jill Edwards has served upon Defendant Experian Information Solutions, Inc. copies of the following documents:

1) Summons,

2) Complaint,

3) Civil Cover Sheet,

4) Plaintiff's Disclosure Statement,

5) Notice re Disclosure Statement,

6) Order on Pretrial Deadlines,

7) Electronic Filing Order for Counsel,

8) Standing Protective Order,

9) Notice of Option to Consent to Magistrate Judge Jurisdiction,

10) Notice to Counsel and Self-represented Parties, and

11) Judge assignment.

       Attached hereto is a copy of the Proof of Service.

1

Dated: April 1, 2025,

                                        */s/ Emanuel Kataev*
                                        Emanuel Kataev, Esq.
                                        CONSUMER ATTORNEYS, PLLC
                                        68-29 Main Street
                                        Flushing NY 11367
                                        T: (718) 412-2421 (office)
                                        F: (718) 489-4155 (facsimile)
                                        E: ekataev@consumerattorneys.com (e-mail)

                                        *Attorneys for Plaintiff*
                                        *Jill Edwards*

# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**JILL EDWARDS,**

            V.                  **SUMMONS IN A CIVIL CASE**

**EQUIFAX INFORMATION SERVICES, LLC, ET AL.,**

CASE NUMBER: **3:25–CV–00424–KAD**

TO: **Experian Information Solutions, Inc.**
Defendant's Address:
c/o C T Corporation System
330 North Brand Boulevard
Glendale, California 91203

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Emanuel Kataev**
**Sage Legal LLC**
**18211 Jamaica Avenue**
**Jamaica, NY 11423**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*/s/ – T. Oliver*

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2025–03–21 10:27:10**, Clerk USDC CTD

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-00424-KAD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* EXPERIAN INFORMATION SOLUTIONS, INC. c/o CT CORPORATION SYSTEM, was received by me on *(date)* March 25, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Daisy Montenegro, Intake Specialist , who is designated by law to accept service of process on behalf of *(name of organization)* EXPERIAN INFORMATION SOLUTIONS, INC. c/o CT CORPORATION SYSTEM, the following documents: 1) Summons; 2) Complaint; 3) Civil Cover Sheet; 4) Plaintiff's Disclosure Statement; 5) Notice re Disclosure Statement; 6) Order on Pretrial Deadlines; 7) Electronic Filing Order for Counsel; 8) Standing Protective Order; 9) Notice of Option to Consent to Magistrate Judge Jurisdiction; 10) Notice to Counsel and Self-represented Parties; and 11) Judge assignment,  on *(date)* Tuesday, March 25, 2025 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 03/26/2025

*Server's signature*

Zoe Roller 2023100296

*Printed name and title*

Medley Serves & Investigations, LLC
117 Bimini Place #107, Los Angeles, CA 90004

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 25, 2025, 12:37 pm PDT at CORPORATE: 330 NORTH BRAND BOULEVARD, GLENDALE, GA 91203 received by EXPERIAN INFORMATION SOLUTIONS, INC..
Daisy Montenegro, Intake Specialist