**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JILL EDWARDS, | **Case No.: 3:25-cv-00424-KAD** |
| Plaintiff, | |
| v. | **SUMMONS RETURNED EXECUTED AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and WEBBANK, | |
| Defendants. | |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Jill Edwards has served upon Defendant Equifax Information Services, LLC copies of the following documents:

1) Summons,

2) Complaint,

3) Civil Cover Sheet,

4) Plaintiff's Disclosure Statement,

5) Notice re Disclosure Statement,

6) Order on Pretrial Deadlines,

7) Electronic Filing Order for Counsel,

8) Standing Protective Order,

9) Notice of Option to Consent to Magistrate Judge Jurisdiction,

10) Notice to Counsel and Self-represented Parties, and

11) Judge assignment.

Attached hereto is a copy of the Proof of Service.

Dated: April 1, 2025,

> _/s/ Emanuel Kataev_
> Emanuel Kataev, Esq.
> CONSUMER ATTORNEYS, PLLC
> 68-29 Main Street
> Flushing NY 11367
> T: (718) 412-2421 (office)
> F: (718) 489-4155 (facsimile)
> E: ekataev@consumerattorneys.com (e-mail)
>
> _Attorneys for Plaintiff_
> _Jill Edwards_

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**JILL EDWARDS,**

V.                         **SUMMONS IN A CIVIL CASE**

**EQUIFAX INFORMATION SERVICES, LLC, ET AL.,**

                 CASE NUMBER: **3:25–CV–00424–KAD**

    TO: **Equifax Information Services, LLC,**
Defendant's Address:
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

    A lawsuit has been filed against you.

    Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Emanuel Kataev**
**Sage Legal LLC**
**18211 Jamaica Avenue**
**Jamaica, NY 11423**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ – T. Oliver**
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2025–03–21 10:27:10**, Clerk USDC CTD

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-00424-KAD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* EQUIFAX INFORMATION SERVICES, LLC, c/o
CORPORATION SERVICE COMPANY was received by me on *(date)* March 25, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to
the individual's last known address; or

☒ I served the summons on *(name of individual)* Alisha Smith, Intake Coordinator , who is designated by law to
accept service of process on behalf of *(name of organization)* EQUIFAX INFORMATION SERVICES, LLC, c/o
CORPORATION SERVICE COMPANY, the following documents:  1) Summons; 2) Complaint; 3) Civil Cover
Sheet; 4) Plaintiff's Disclosure Statement; 5) Notice re Disclosure Statement; 6) Order on Pretrial Deadlines; 7)
Electronic Filing Order for Counsel; 8) Standing Protective Order; 9) Notice of Option to Consent to Magistrate
Judge Jurisdiction; 10) Notice to Counsel and Self-represented Parties; and 11) Judge assignment, on *(date)*
Thursday, March 27, 2025 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: 03/28/2025

_DOB_ CP5494

*Server's signature*

Daniel Barbagelata

*Printed name and title*

Medley Serves & Investigations, LLC
1381 Pebble Creek Rd SE, Marietta, GA 30067

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 27, 2025, 12:09 pm EDT at CORPORATE: 2 SUN COURT SUITE 400, PEACHTREE CORNERS,
GA 30092 received by Corporations Service Company c/o Alisha Smith. Age: 40-45; Ethnicity: African American; Gender:
Female; Weight: 160; Height: 5'7"; Hair: Black;