## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JILL EDWARDS, § § **Plaintiff,** § § v. § § EQUIFAX INFORMATION SERVICES, § LLC, EXPERIAN INFORMATION § SOLUTIONS, INC., TRANS UNION § LLC, and WEBBANK, § § **Defendants.** | 3:25-cv-00424-KAD |

## **APPEARANCE**

Please enter the appearance of the undersigned as attorney for the Defendant, Equifax Information Services, LLC, in the above-captioned matter.

Respectfully submitted April 3, 2025.

        Defendant,
        EQUIFAX INFORMATION SERVICES LLC

        By  /s/ *Eric J. Rigoli*
        *Counsel for Equifax Information Services, LLC*
        Eric J. Rigoli (ct31287)
        Robinson & Cole LLP
        One State Street
        Hartford, CT 06103
        Phone: 860-275-8200
        Fax: 860-275-8299
        E-mail: erigoli@rc.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Eric J. Rigoli*
Eric J. Rigoli