UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JILL EDWARDS,<br><br>　　　　Plaintiff,<br><br>　v.<br>EQUIAX INFORMATION SERVICES,<br>LLC ET AL.,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§　　3:25-cv-00424-KAD<br>§<br>§<br>§<br>§<br>§<br>§ |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE
<u>ANSWER OR RESPONSIVE PLEADING</u>**

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, defendant Equifax Information Services, LLC, respectfully moves for an extension of time of twenty-one (21) days to file its initial responsive pleading, through and including May 8, 2025. Equifax is in the process of gathering information necessary to respond to the factual allegations in the Complaint. This is the Defendant's first request for an extension of time. Plaintiff, through counsel, consents to the granting of the requested extension.

Wherefore, the undersigned respectfully requests that this Court enter an order permitting Equifax Information Services, LLC, to file its initial pleading responsive to the complaint by May 8, 2025.

Respectfully submitted this 14th day of April, 2025.

                                Defendant,
                                EQUIFAX INFORMATION SERVICES LLC

                                By  /s/ *Eric J. Rigoli*
                                *Counsel for Equifax Information Services, LLC*
                                Eric J. Rigoli (ct31287)
                                Robinson & Cole LLP
                                One State Street
                                Hartford, CT 06103
                                Phone: 860-275-8200
                                Fax: 860-275-8299
                                E-mail: erigoli@rc.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on April 14, 2025, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM-ECF System.

                                                          */s/ Eric J. Rigoli*
                                                          Eric J. Rigoli