# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JILL EDWARDS,<br>   Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., TRANS UNION, LLC, AND<br>WEBBANK,<br>   Defendants. | Case No. 3:25-cv-00424 |

## NOTICE OF APPEARANCE

  Please enter my appearance as counsel for Defendant, Experian Information Solutions, Inc.

Dated: April 15, 2025       Respectfully submitted,

                /s/ Todd R. Michaelis (ct28821)
             Todd R. Michaelis (ct28821)
             Carmody Torrance Sandak & Hennessey LLP
             50 Leavenworth Street
             Waterbury, CT 06702
             Telephone: (203) 578-4287
             Facsimile: (203) 575-2600
             Email:  TMichaelis@carmodylaw.com

             *Attorney for Defendant*
             *Experian Information Solutions, Inc.*

{W3668661}

## CERTIFICATE OF SERVICE

    I hereby certify that, on April 15, 2025, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM-ECF System.

                                            /s/ Todd R. Michaelis (ct28821)