IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JILL EDWARDS,<br><br>      Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, AND WEBBANK,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)  Case No.: 3:25-cv-00424<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**EXPERIAN INFORMATION SOLUTIONS, INC.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies:  The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned:  The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

    (a) Central Source LLC

    (b) Online Data Exchange LLC

    (c) New Management Services LLC

    (d) VantageScore Solutions LLC

    (e) Opt-Out Services LLC

{W3668519;2}

3.     Publicly Held Companies: Experian plc indirectly owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: April 15, 2025

Respectfully submitted,

EXPERIAN INFORMATION SOLUTIONS, INC.

By: /s/ Todd R. Michaelis (ct28821)
    Todd R. Michaelis (ct28821)
    Carmody Torrance Sandak &
    Hennessey LLP
    50 Leavenworth St.
    Waterbury, CT 06721-1110
    Telephone: 203-573-1200
    Fax: 203-575-2600
    tmichaelis@carmodylaw.com

*Attorney for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 15, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM-ECF System.

    /s/ Todd R. Michaelis (ct28821)
    Todd R. Michaelis