**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JILL EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | Case No.: 3:25-cv-00424 |
| EQUIFAX INFORMATION SERVICES, | ) | |
| LLC, EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC., TRANS UNION, LLC, | ) | |
| AND WEBBANK, | ) | |
| | ) | |
| Defendants. | ) | |

## EXPERIAN INFORMATION SOLUTIONS, INC.'S
## ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and answers Plaintiff Jill Edwards' ("Plaintiff") Complaint and Demand for Jury Trial (the "Complaint") as follows:

## INTRODUCTION

1.      In response to Paragraph 1, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in Paragraph 1 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation.

2.      In response to Paragraph 2, Experian is without sufficient information knowledge to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

## **BACKGROUND**

3.      In response to Paragraph 3, Experian admits that Plaintiff purports to summarize portions of the Fair Credit Reporting Act.  Experian states that this statute speaks for itself as to content, form, and legal effect.  Experian denies the allegations in Paragraph 3 to the extent they are inconsistent with the statute.  Experian denies any remaining factual allegations in Paragraph 3.

4.      In response to Paragraph 4, Experian admits that Plaintiff purports to summarize portions of the Fair Credit Reporting Act.  Experian states that this statute speaks for itself as to content, form, and legal effect.  Experian denies the allegations in Paragraph 4 to the extent they are inconsistent with the statute.  Experian denies any remaining factual allegations in Paragraph 4.

5.      In response to Paragraph 5, Experian admits that Plaintiff purports to summarize portions of the Fair Credit Reporting Act.  Experian states that this statute speaks for itself as to content, form, and legal effect.  Experian denies the allegations in Paragraph 5 to the extent they are inconsistent with the statute.  Experian denies any remaining factual allegations in Paragraph 5.

6.      In response to Paragraph 6, Experian admits that Plaintiff purports to summarize the purpose of the Fair Credit Reporting Act.  Experian states that this statute speaks for itself as to content, form, and legal effect.  Experian denies the allegations in Paragraph 6 to the extent they are inconsistent with the statute.  Experian denies any remaining factual allegations in Paragraph 6.

7.      In response to Paragraph 7, Experian admits that Plaintiff purports to describe the U.S. Supreme Court's holding in *Department of Agriculture Rural Development Rural Housing*

*Service v. Kirtz*.  Experian states that this case speaks for itself as to content, form, and legal effect. Experian denies the allegations in Paragraph 7 to the extent they are inconsistent with that case. Experian denies any remaining factual allegations in Paragraph 7.

8.       In response to Paragraph 8, Experian admits that Plaintiff purports to describe the U.S. Supreme Court's holding in *Department of Agriculture Rural Development Rural Housing Service v. Kirtz*.  Experian states that this case speaks for itself as to content, form, and legal effect. Experian denies the allegations in Paragraph 8 to the extent they are inconsistent with that case. Experian denies any remaining factual allegations in Paragraph 8.

9.       In response to Paragraph 9, Experian admits that Plaintiff purports to summarize a letter from a Congressional Subcommittee.  Experian states that this letter speaks for itself. Experian denies the allegations in Paragraph 9 to the extent they are inconsistent with the letter. Experian denies any remaining factual allegations in Paragraph 9.

## **PARTIES**

10.       In response to Paragraph 10, Experian is without sufficient information knowledge to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

11.       In response to Paragraph 11, Experian is without sufficient information knowledge to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

12.       In response to Paragraph 12, Experian admits that it is a corporation, with its principal place of business located at 475 Anton Boulevard, Costa Mesa, CA 92626.  Experian admits that it can be served through its registered agent CT Corporation System located at 330 North Brand Boulevard, Glendale, California 91203.  Experian admits that it is authorized to do

business in the State of Connecticut.  Experian admits that it is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f).

13.     In response to Paragraph 13, Experian is without sufficient information knowledge to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

14.     In response to Paragraph 14, Experian is without sufficient information knowledge to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

## JURISDICTION AND VENUE

15.     In response to Paragraph 15, Experian admits that Plaintiff has alleged jurisdiction based on the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 et seq. and 28 U.S.C. § 1331.  Experian states that this is a legal conclusion which is not subject to denial or admission. Except as specifically admitted, Experian denies each and every remaining allegation in this paragraph.

16.     In response to Paragraph 16, Experian admits that Plaintiff has alleged venue in this district is proper pursuant to 28 U.S.C. § 1391(b)(2).  Experian states that this is a legal conclusion which is not subject to denial or admission. Except as specifically admitted, Experian denies each and every remaining allegation in this paragraph.

## FACTUAL ALLEGATIONS

### Plaintiff Becomes an Identity Theft Victim

17.     In response to Paragraph 17, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

18.    In response to Paragraph 18, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

19.    In response to Paragraph 19, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

**Plaintiff's Dispute to Defendant Equifax**

20.    In response to Paragraph 20, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

21.    In response to Paragraph 21, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

22.    In response to Paragraph 22, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

23.    In response to Paragraph 23, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

24.    In response to Paragraph 24, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

**Plaintiff's Dispute to Defendant Experian**

25.     In response to Paragraph 25, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

26.     In response to Paragraph 26, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

27.     In response to Paragraph 27, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

28.     In response to Paragraph 28, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

**Plaintiff's Dispute to Defendant Trans Union**

29.     In response to Paragraph 29, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

30.     In response to Paragraph 30, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

31.     In response to Paragraph 31, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

**Defendant Equifax Fails to Reasonably Reinvestigate Plaintiff's Dispute**

32.     In response to Paragraph 32, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

33.     In response to Paragraph 33, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

34.     In response to Paragraph 34, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

35.     In response to Paragraph 35, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

36.     In response to Paragraph 36, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

37.     In response to Paragraph 37, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

38.     In response to Paragraph 38, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

39.    In response to Paragraph 39, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

**Defendant Experian Fails to Reasonably Reinvestigate Plaintiff's Dispute**

40.    In response to Paragraph 40, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

41.    In response to Paragraph 41, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

42.    In response to Paragraph 42, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

43.    In response to Paragraph 43, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

44.    In response to Paragraph 44, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

45.    In response to Paragraph 45, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

46.     In response to Paragraph 46, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

47.     In response to Paragraph 47, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

48.     In response to Paragraph 48, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

49.     In response to Paragraph 49, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

**Defendant Trans Union Fails to Reasonably Reinvestigate Plaintiff's Dispute**

50.     In response to Paragraph 50, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

51.     In response to Paragraph 51, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

52.     In response to Paragraph 52, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

53.    In response to Paragraph 53, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

54.    In response to Paragraph 54, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

55.    In response to Paragraph 55, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

56.    In response to Paragraph 56, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

57.    In response to Paragraph 57, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

58.    In response to Paragraph 58, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

59.    In response to Paragraph 59, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

**WebBank's Unreasonable Dispute Investigations**

60.     In response to Paragraph 60, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

61.     In response to Paragraph 61, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

62.     In response to Paragraph 62, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

63.     In response to Paragraph 63, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

**Damages**

64.     In response to Paragraph 64, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 64 that relate to other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 64.

65.     In response to Paragraph 65, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 65 that relate to other defendants, Experian does not have knowledge or information sufficient to form

a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 65.

66.     In response to Paragraph 66, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

67.     In response to Paragraph 67, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

68.     In response to Paragraph 68, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in Paragraph 68 that relate to other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 68.

## CLAIMS FOR RELIEF

### COUNT I
### 15 U.S.C. § 1681e(b)
**Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy**
**(First Claim for Relief Against Each CRA Defendant)**

69.     Experian incorporates by reference its responses to Paragraphs 1 through 68 of the Complaint as if fully set forth herein.

70.     In response to Paragraph 70, Experian denies all allegations in this paragraph concerning Experian.  Experian lacks knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph concerning the other Defendants and, on that basis, denies them.

71.     In response to Paragraph 71, Experian denies all allegations in this paragraph concerning Experian.  Experian lacks knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph concerning the other Defendants and, on that basis, denies them.

72.     In response to Paragraph 72, Experian denies all allegations in this paragraph concerning Experian.  Experian specifically denies that it has violated the FCRA and states that this is a legal conclusion, which is not subject to denial or admission.  Experian lacks knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph concerning the other Defendants and, on that basis, denies them.

<div align="center">

**COUNT II**
**15 U.S.C. § 1681i**
**Failure to Perform a Reasonable Reinvestigation**
**(Second Claim for Relief Against Each CRA Defendant)**

</div>

73.     Experian incorporates by reference its responses to Paragraphs 1 through 72 of the Complaint as if fully set forth herein.

74.     In response to Paragraph 74, Experian denies all allegations in this paragraph concerning Experian.  Experian lacks knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph concerning the other Defendants and, on that basis, denies them.

75.     In response to Paragraph 75, Experian denies all allegations in this paragraph concerning Experian.  Experian specifically denies that it has violated the FCRA and that it owes attorneys' fees and costs to Plaintiff. Experian further states that this is a legal conclusion, which is not subject to denial or admission.  Experian lacks knowledge and information sufficient to form

a belief as to the truth of the allegations of this paragraph concerning the other Defendants and, on

that basis, denies them.

76.     In response to Paragraph 76, Experian denies all allegations in this paragraph

concerning Experian.  Experian lacks knowledge and information sufficient to form a belief as to

the truth of the allegations of this paragraph concerning the other Defendants and, on that basis,

denies them.

**COUNT III**
**15 U.S.C. § 1681c-2**
**Failure to Block Identity Theft Information**
**(Third Claim for Relief Against Each CRA Defendant)**

77.     Experian incorporates by reference its responses to Paragraphs 1 through 76 of the

Complaint as if fully set forth herein.

78.     In response to Paragraph 78, Experian denies all allegations in this paragraph

concerning Experian.  Experian lacks knowledge and information sufficient to form a belief as to

the truth of the allegations of this paragraph concerning the other Defendants and, on that basis,

denies them.

79.     In response to Paragraph 79, Experian denies all allegations in this paragraph

concerning Experian.  Experian specifically denies that it has violated the FCRA and that it owes

attorneys' fees and costs to Plaintiff. Experian further states that this is a legal conclusion, which

is not subject to denial or admission.  Experian lacks knowledge and information sufficient to form

a belief as to the truth of the allegations of this paragraph concerning the other Defendants and, on

that basis, denies them.

80.     In response to Paragraph 80, Experian denies all allegations in this paragraph

concerning Experian.  Experian lacks knowledge and information sufficient to form a belief as to

the truth of the allegations of this paragraph concerning the other Defendants and, on that basis, denies them.

<div align="center">

**COUNT IV**
**15 U.S.C. § 1681s-2(b)**
**Failure to Reasonably Investigate Dispute and Review all Relevant Information Provided**
**(Only Claim for Relief Against Defendant WebBank)**

</div>

81.    Experian incorporates by reference its responses to Paragraphs 1 through 80 of the Complaint as if fully set forth herein.

82.    In response to Paragraph 82, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

83.    In response to Paragraph 83, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

84.    In response to Paragraph 84, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically each and every allegation contained therein.

<div align="center">

**PRAYER FOR RELIEF**

</div>

Experian denies that Plaintiff is entitled to any of the relief requested in her Prayer for Relief or any relief whatsoever against Experian.

<div align="center">

**DEMAND FOR JURY TRIAL**

</div>

Experian admits that Plaintiff has demanded trial by jury.

## <u>EXPERIAN'S AFFIRMATIVE DEFENSES</u>

By asserting the defenses set forth below, Experian does not allege or admit that it has the burden of proof and/or the burden of persuasion with respect to any of these defenses. Nor does Experian admit that Plaintiff is relieved of her burden to prove each and every element of her claims and the damages, if any, to which she is entitled. As for its affirmative defenses, Experian reasserts and reincorporates as if fully set forth herein its responses above to the numbered paragraphs of the Complaint, and to the unnumbered paragraphs contained therein.

### First Affirmative Defense (Failure to State a Claim)

The Complaint and each cause of action thereof fail to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fail to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

### Second Affirmative Defense (Statute of Limitations)

Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

### Third Affirmative Defense (Truth/Accuracy of Information)

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

### Fourth Affirmative Defense (Indemnification)

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff are the results of acts or omissions of third persons over whom Experian had neither control nor responsibility.

### Fifth Affirmative Defense (Failure to Mitigate Damages)

Plaintiff has failed to mitigate her damages.

### Sixth Affirmative Defense (Contributory/Comparative Fault)

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff herself and resulted from Plaintiff's own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

### Seventh Affirmative Defense (Estoppel)

Any damages which Plaintiff may have suffered, which Experian denies, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

### Eighth Affirmative Defense (Unclean Hands)

The Complaint and each claim for relief therein that seeks equitable relief are barred by the doctrine of unclean hands.

### Ninth Affirmative Defense (Reasonable Procedures)

At all times relevant to the Complaint, Experian followed reasonable procedures to assure the maximum possible accuracy of Plaintiff's credit reports.

### Tenth Affirmative Defense (Intervening Causes)

Plaintiff's alleged injuries were not caused by Experian but by independent intervening causes which had no relation in fact to any conduct of Experian.

### Eleventh Affirmative Defense (Laches)

The Complaint and each claim for relief therein are barred by laches.

### Twelfth Affirmative Defense (Punitive Damages)

Plaintiff's claim for punitive damages fails to state a claim for relief for punitive damages. Further, Plaintiff does not allege facts sufficient to rise to the level of conduct required to recover punitive damages.

### Thirteenth Affirmative Defense (Arbitration)

Experian alleges on information and belief that Plaintiff's claims may be the subject of an arbitration agreement between Plaintiff and Experian.

### Fourteenth Affirmative Defense (Right to Assert Additional Defenses)

Experian reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

### <u>PRAYER FOR RELIEF</u>

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1)    That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2)    For costs of suit herein incurred; and

(3)    For such other and further relief as the Court may deem just and proper.

Respectfully submitted this 15th day of April, 2025.

<div style="margin-left: 3em">

EXPERIAN INFORMATION
SOLUTIONS, INC.

By: /s/ Todd R. Michaelis (ct28821)
    Todd R. Michaelis (ct28821)
    Carmody Torrance Sandak &
    Hennessey LLP
    50 Leavenworth St.
    Waterbury, CT 06721-1110
    Telephone: 203-573-1200
    Fax: 203-575-2600
    tmichaelis@carmodylaw.com

*Attorney for Defendant Experian
Information Solutions, Inc.*

</div>

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on April 15, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM-ECF System.

<div style="margin-left: 3em">

    /s/ Todd R. Michaelis (ct28821)
    Todd R. Michaelis

</div>