# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT
(New Haven)

| | |
|---|---|
| JILL EDWARDS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS INC.; TRANS UNION LLC; and WEBBANK,<br><br>　　　　　Defendants. | Civil Action No.: 3:25-cv-00424-KAD |

## NOTICE OF APPEARANCE OF JONATHAN D. JANOW

Please enter the appearance of Jonathan D. Janow of Buchanan Ingersoll & Rooney PC as counsel for Defendant Trans Union, LLC ("Trans Union") in the above-captioned case.

Dated: April 16, 2025

Respectfully submitted,

**TRANS UNION. LLC**

*By Counsel*

/s/ *Jonathan D. Janow*
Jonathan D. Janow (CT Bar No. 429209)
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, NW, Suite 300
Washington, DC 20006
Tel:　(202) 452-6057
Fax:　(202) 452-7989
Email: jonathan.janow@bipc.com

*Counsel for Defendant Trans Union, LLC*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2025, a true and correct copy of the foregoing was filed with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all registered users.

/s/ *Jonathan D. Janow*
Jonathan D. Janow (CT Bar No. 429209)
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, NW, Suite 300
Washington, DC 20006
Tel:   (202) 452-6057
Fax:   (202) 452-7989
Email: jonathan.janow@bipc.com

*Counsel for Defendant Trans Union, LLC*