IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
(New Haven)

| | |
|---|---|
| **JILL EDWARDS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS INC.; TRANS UNION LLC; and WEBBANK,**<br><br>**Defendants.** | **Civil Action No.: 3:25-cv-00424-KAD** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Trans Union, LLC ("TransUnion") discloses that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU. Massachusetts Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

Dated: April 16, 2025             Respectfully submitted,

**TRANS UNION. LLC**

*By Counsel*

1

2

/s/ *Jonathan D. Janow*
Jonathan D. Janow (CT Bar No. 429209)
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, NW, Suite 300
Washington, DC 20006
Tel:   (202) 452-6057
Fax:   (202) 452-7989
Email: jonathan.janow@bipc.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2025, a true and correct copy of the foregoing was filed with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all registered users.

/s/ *Jonathan D. Janow*
Jonathan D. Janow (CT Bar No. 429209)
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, NW, Suite 300
Washington, DC 20006
Tel:   (202) 452-6057
Fax:   (202) 452-7989
Email: jonathan.janow@bipc.com

*Counsel for Defendant Trans Union, LLC*