IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
(New Haven)

---

**JILL EDWARDS,**

    **Plaintiff,**

v.                                                        Civil Action No. 3:25-cv-00424-KAD

**EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS INC.; TRANS UNION LLC; and WEBBANK,**

    **Defendants.**

---

**TRANS UNION LLC'S ANSWER TO PLAINTIFF'S
COMPLAINT AND AFFIRMATIVE DEFENSES**

Defendant Trans Union LLC ("Trans Union"), by counsel, responds to Plaintiff's Original Complaint (the "Complaint") as follows.

## INTRODUCTION

1. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

2. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

## BACKGROUND

3. Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

4. Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

5. Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

6. Trans Union states that <u>Bryant v. TRW, Inc.</u> speaks for itself. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

7. Trans Union states that cited provision(s) of the FCRA and case law interpreting it speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

8. Trans Union states that cited provision(s) of the FCRA and case law interpreting it speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

9. Trans Union states that cited provision(s) of the FCRA and case law interpreting it speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

## PARTIES

10. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

11. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

12. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

13. Trans Union admits that it is a Delaware limited liability company with its principal place of business in Chicago, Illinois. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

14. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

## JURISDICTION AND VENUE

15. Trans Union admits that jurisdiction is proper pursuant to 15 U.S.C. § 1681p. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union.

16. Trans Union admits, solely based on the allegations contained in Plaintiff's Complaint, that venue is proper in this Court. Trans Union denies the remaining allegations of this paragraph.

## FACTS

17. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

18. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

19. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

20. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

21. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

22. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

23. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

24. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

25. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

26. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

27. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

28. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

29. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

30. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

31. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

32. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

33. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

34. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

35. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

36. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

37. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

38. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

39. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

40. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

41. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

42. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

43. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

44. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

45. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

46. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

47. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

48. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

49. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

50. Trans Union admits that on June 26, 2024, it received correspondence purporting to be from Plaintiff. Trans Union further admits that the correspondence says "Please block and delete the following identity theft accounts:" Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union.

51. Trans Union admits that on June 29, 2024, in response to the correspondence it received June 26, 2024, it sent correspondence to Plaintiff. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union.

52. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

53. Trans Union admits that it sent Plaintiff correspondence on July, 11, 2024. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union.

54. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

55. Trans Union admits that on August 2, 2024, Trans Union sent Plaintiff correspondence regarding a WEBBANK/FINGERHUT account. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union.

56. Trans Union denies the allegations of this paragraph.

57. Trans Union denies the allegations of this paragraph.

58. Trans Union admits that it sent Plaintiff a copy of her Trans Union consumer disclosure on September 2, 2024. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union.

59. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

60. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

61. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

62. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

63. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

64. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

65. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it

66. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

67. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

68. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## CLAIMS FOR RELIEF

### Count I

69. Trans Union reasserts its answers and responses set forth herein.

70. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

71. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

72.     Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## COUNT II

73.     Trans Union reasserts its answers and responses set forth herein.

74.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

75.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

76.     Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## COUNT II

77.     Trans Union reasserts its answers and responses set forth herein .

78.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

79.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

80.     Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union. Trans Union denies the allegations of this paragraph, as they

apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

## COUNT IV

81. Trans Union reasserts its answers and responses set forth herein.

82. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

83. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

84. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

## PRAYER FOR RELIEF

Trans Union denies the allegations of this paragraph. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

## DEMAND FOR JURY TRIAL

Trans Union admits that Plaintiff demands a jury and objects to the extent that any of the issues demanded are not so triable.

## AFFIRMATIVE DEFENSES

1. Trans Union has at all times followed reasonable procedures to assure maximum possible accuracy of its credit reports concerning Plaintiff.

2. Plaintiff has failed to take reasonable steps to mitigate their damages, if any.

3. Plaintiff's damages are the result of acts or omissions committed by Plaintiff.

4. Plaintiff's damages are the result of acts or omissions committed by the other parties over whom Trans Union has no responsibility or control.

5. Any claim for exemplary or punitive damages asserted by Plaintiff violates Trans Union's rights under the Due Process and Excessive Fines clauses of the Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution and the analogous provisions of

applicable State Constitutions and under the First Amendment of the United States Constitution and the analogous provisions of applicable State Constitutions.

6.   Trans Union reserves the right to assert additional defenses as may become apparent through additional investigation and discovery.

WHEREFORE, Defendant Trans Union LLC, by counsel, denies that Plaintiff is entitled to judgment or to any of the relief sought, and respectfully requests that judgment be entered in its favor and against Plaintiff on all counts set forth in the Original Complaint, and that Trans Union LLC, be awarded its costs incurred in defending this action, along with such other relief as this Court deems equitable and just.

Dated: April 16, 2025

Respectfully submitted,

**TRANS UNION. LLC**

*By Counsel*

/s/ *Jonathan D. Janow*
Jonathan D. Janow (CT Bar No. 429209)
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, NW, Suite 300
Washington, DC 20006
Tel:   (202) 452-6057
Fax:   (202) 452-7989
Email: jonathan.janow@bipc.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2025, a true and correct copy of the foregoing was filed with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all registered users.

/s/ *Jonathan D. Janow*
Jonathan D. Janow (CT Bar No. 429209)
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, NW, Suite 300
Washington, DC 20006
Tel:    (202) 452-6057
Fax:   (202) 452-7989
Email: jonathan.janow@bipc.com

*Counsel for Defendant Trans Union, LLC*