# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JILL EDWARDS,<br><br>                Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. TRANS UNION LLC, and WEBBANK,<br><br>                Defendants. | Civil Action No. 3:25-cv-00424<br><br>NOTICE OF APPEARANCE |

Please enter my appearance as attorney for the Defendant WebBank in connection with the above-captioned matter.

                                                WEBBANK

Dated: April 17, 2025                  /s/    *Peter J. Murphy*
                                                      Peter J. Murphy
                                                        Federal Bar No. ct26825
                                                        Shipman & Goodwin LLC
                                                        One Constitution Plaza
                                                        Hartford, CT 06103-1919
                                                        Telephone: (860) 251-5000
                                                        Facsimile: (860) 251-5316
                                                        Email: pjmurphy@goodwin.com

                                                        *Attorneys for Defendant WebBank*