# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JILL EDWARDS,<br><br>               Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. TRANS UNION LLC, and WEBBANK,<br><br>               Defendants. | Civil Action No. 3:25-cv-00424<br><br>**WEBBANK'S CORPORATE DISCLOSURE STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant WebBank, by and through the undersigned counsel, makes the following disclosure: WebBank (1) is a nongovernmental corporation; (2) is a Utah corporation and an FDIC-insured, Utah chartered industrial bank; and (3) is wholly owned by WebFinancial Holding Corporation, a Delaware Corporation. WebFinancial Holding Corporation is wholly owned by Steel Partners Holdings, L.P., a Delaware limited partnership, which is publicly traded.

                                          WEBBANK

Dated: April 17, 2025                /s/     *Peter J. Murphy*
                                         Peter J. Murphy
                                         Federal Bar No. ct26825
                                         Shipman & Goodwin LLC
                                         One Constitution Plaza
                                         Hartford, CT 06103-1919
                                         Telephone: (860) 251-5000
                                         Facsimile: (860) 251-5316
                                         Email: pjmurphy@goodwin.com

                                         *Attorneys for Respondent WebBank*