# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JILL EDWARDS

*Plaintiff*

vs. TRANS UNION LLC,; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and WEBBANK,

*Defendant*

3:25-cv-00424-KAD

*Case No.*

April 25, 2025

*Date*

## MOTION TO APPEAR PRO HAC VICE

In accordance with the D. Conn. L. Civ. R. 83.1(e), I **Robert J. Murdoch**, an active member of the Bar of the U.S. District Court for the District of Connecticut, respectfully request that the Court admit **Robert J. Murdoch** pro hac vice to the Bar of this Court for the purpose of appearing on behalf of ☐ plaintiff(s) ☒ defendant(s)

**Trans Union, LLC** in the action above. As the sponsoring attorney, I am a member of the bar of this Court and have an appearance in this case. The filing fee has been paid and I maintain the address listed below.

By Sponsoring Attorney **Jonathan D. Janow**
*(print name)*

Address **Buchanan Ingersoll & Rooney**

**1700 K Street, N.W., Suite 300, Washington, DC 20006-3807**

Phone Number **(202) 452-6057**   Email **jonathan.janow@bipc.com**

Federal Bar Number **429209**

By:

Signature *[signed] Jonathan D. Janow*

Page **1** of **3**

## AFFIDAVIT OF VISTING ATTORNEY

I, Robert J. Murdoch, make this affidavit in support of a motion to appear pro hac vice pursuant to Local Rule 83.1(e):

a) My office information is:

| | |
|---|---|
| Firm | Buchanan Ingersoll & Rooney |
| Address | 501 Grant Street, Suite 200, Pittsburgh, PA 15219 |
| Phone Number | 412-562-1423 |
| Fax | 412-562-1041 |
| Email | robert.murdoch@bipc.com |

b) I am a member of the bar of the following court(s), and I include the corresponding bar identification number(s):

| Court | Bar Number *(or indicate if no bar # issued)* |
|---|---|
| Supreme Court of Pennsylvania | 92652 |
| | |
| | |
| | |
| | |
| | |
| | |

c) I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing;

d) I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court;

or, if I cannot so state as to subsections (c) and (d), then I attach a description in full of the circumstances of any such complaint, denial, discipline, resignation, surrender, or

Page **2** of **3**

    withdrawal, including the reasons therefor, any penalty, sanction or other discipline imposed, whether such discipline was satisfied, and whether I am currently in good standing in such jurisdiction(s);

e) I have fully reviewed and am familiar with the Federal Rules of Civil Procedure (for an attorney seeking admission in a civil case) or Criminal Procedure (for an attorney seeking admission in a criminal case), the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct;

f) I designate the sponsoring attorney as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under this Local Rule 83.1(e), including matters involving grievances filed against the visiting attorney and matters of attorney discipline that relate thereto;

g) I understand that upon admission under this rule I must promptly file with the Clerk of Court a certificate of good standing from the court of the state in which I have my primary office. I acknowledge that the certificate shall be filed no later than 60 days after the date of admission and shall be dated no more than 60 days before the date of admission. I understand that failure to file such certificate will result in the automatic revocation of my visiting attorney status, absent an order of the Court. Furthermore, I understand that upon revocation of my visiting attorney status in one case, the Clerk of the Court shall examine the Court's Docket and revoke my visiting attorney status in all cases in which I have filed an appearance.

Certificate of good standing:

[☒] has been included with this filing.

[ ] will be filed within 60 days after admission.

h) I will file my appearance with the Court after my admission has been approved.

I hereby certify that the information provided on this form is true, correct, and complete as of this __25__ day of _____April_____, 20_25_.

Signed _____*[signature]*_____

Print Name  Robert J. Murdoch

Re. 3/26/25



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Robert John Murdoch, Esq.*

DATE OF ADMISSION

*May 20, 2004*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 9, 2025

Nicole Traini
Chief Clerk

CERTIFICATE FROM SPONSORING ATTORNEY
(FORM MUST BE TYPED)

TO: CLERK OF THE COURT

I am writing you in support of the petition of  Robert J. Murdoch  for admission to the bar of the U.S. District Court for the District of Connecticut.

I was admitted to the bar of the United States District Court for the District of Connecticut in: Hartford , Connecticut, on: (Month, day, and year) October 27, 2008 .

I have known the petitioner in a professional legal capacity for a total of three years years/months.  (Must know the petitioner for at least six months.)

Pursuant to Local Rule 83.1(b), I hereby certify the following information:

The petitioner has good professional character.  Please explain how long and under what circumstances you have known the petitioner's professional character.
Robert has been an attorney at Buchanan Ingersoll since May 2022

The petitioner is experienced at the bar.  Please explain how long and under what circumstances you have known the petitioner's experience as an attorney.
Robert has been an attorney at Buchanan Ingersoll since May 2022

I know of no fact which would call into question the integrity or character of the petitioner.

Dated at (city and state) Washington, DC , this 25th day of April , 20 25 .    By: *Jonathan D. Janow*

Signature
Jonathan D. Janow
Typed Name of Sponsor
ct 31092
District of Connecticut federal bar number
429209
Firm Name
Buchanan Ingersoll & Rooney PC
Street Address
1700 K Street, N.W., Suite 300, Washington, D.C.  20006
City, State, and Zip Code

Revised March  2011