UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(NEW HAVEN)

| | |
|---|---|
| JILL EDWARDS, § | |
| § | |
| Plaintiff, § | CASE NO.: 3:25-cv-00424-KAD |
| § | |
| v. § | |
| § | |
| EQUIAX INFORMATION SERVICES, § | |
| LLC ET AL., § | |
| § | |
| Defendants. § | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER TO THE PLAINTIFF'S COMPLAINT**

Defendant Equifax Information Services LLC ("Equifax"), by and through its undersigned counsel, files its Answer to Plaintiff's Complaint ("Complaint") as follows:

**PRELIMINARY STATEMENT**

In answering the Complaint, Equifax states that it is responding to allegations on behalf of itself only, even where the allegations pertain to alleged conduct by all Defendants. Equifax denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

**INTRODUCTION**

1. Equifax admits that Plaintiff brings claims under the Fair Credit Reporting Act ("FCRA") but denies that it violated any provision of the FCRA.

2. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.

## BACKGROUND

3. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3.

4. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 4 are denied.

5. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 5 are denied.

6. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 6 are denied.

7. Equifax states that the referenced legal authority speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the referenced legal authority, the allegations in Paragraph 7 are denied.

8. Equifax states that the referenced legal authority speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the referenced legal authority, the allegations in Paragraph 8 are denied.

9. Equifax states that the referenced legal authority speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the referenced legal authority, the allegations in Paragraph 9 are denied.

## PARTIES

10. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11. Equifax admits the allegations in Paragraph 11.

12. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

13. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

14. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

## JURISDICTION AND VENUE

15. Equifax admits that this Court has subject matter jurisdiction over this matter.

16. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

## FACTS

### Plaintiff Becomes an Identity Theft Victim

17. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17.

18. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18.

19. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

### Plaintiff's Dispute to Defendant Equifax

20. Equifax admits that it has received disputes regarding Plaintiff but states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 20 are denied.

21. Equifax states that a consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 21 are denied.

22. Equifax states that a consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 22 are denied.

23. Equifax states that a consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 23 are denied.

24. Equifax states that a consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 24 are denied.

**Plaintiff's Dispute to Defendant Experian**

25. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26.

27. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27.

28. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28.

**Plaintiff's Dispute to Defendant Trans Union**

29. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29.

30. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30.

31. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

**Defendant Equifax Fails to Reasonably Investigate Plaintiff's Dispute**

32. Equifax admits that it has received disputes regarding Plaintiff but states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 32 are denied.

33. Equifax states that the referenced correspondence speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the correspondence, the allegations in Paragraph 33 are denied.

34. Equifax states that the referenced correspondence speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the correspondence, the allegations in Paragraph 34 are denied.

35. Equifax states that the referenced correspondence speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the correspondence, the allegations in Paragraph 35 are denied.

36. Equifax states that the referenced correspondence speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the correspondence, the allegations in Paragraph 36 are denied.

37. Equifax admits the allegations in Paragraph 37.

38. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38.

39. Equifax states that a consumer disclosure speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer disclosure, the allegations in Paragraph 39 are denied.

**Defendant Experian Fails to Reasonably Investigate Plaintiff's Dispute**

40. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40.

41. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41.

42. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42.

43. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43.

44. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44.

45. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45.

46. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46.

47. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47.

48. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48.

49. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49.

**Defendant Trans Union Fails to Reasonably Investigate Plaintiff's Dispute**

50. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50.

51. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51.

52. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52.

53. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53.

54. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54.

55. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55.

56. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56.

57. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57.

58. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58.

59. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59.

### WebBank's Unreasonable Dispute Investigation

60. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60.

61. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61.

62. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62.

63. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63.

### Damages

64. Equifax denies reporting inaccurate information. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 64.

65. Equifax denies the allegations in Paragraph 65.

66. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66.

67. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67.

68. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68.

## **CLAIMS FOR RELIEF**

### **COUNT I**
### **15 U.S.C. §1681e(b)**
### **Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy**
### **First Claim for Relief Against CRA Defendants**

69. Equifax reasserts and re-alleges its responses and defenses as set forth herein.

70. Equifax denies the allegations in Paragraph 70.

71. Equifax denies the allegations in Paragraph 71.

72. Equifax denies the allegations in Paragraph 72.

### **COUNT II**
### **15 U.S.C. §1681i**
### **Failure to Perform a Reasonable Reinvestigation**
### **Second Claim for Relief Against CRA Defendants**

73. Equifax reasserts and re-alleges its responses and defenses as set forth herein.

74. Equifax denies the allegations in Paragraph 74.

75. Equifax denies the allegations in Paragraph 75.

76. Equifax denies the allegations in Paragraph 76.

### **COUNT III**
### **15 U.S.C. §168c-2**
### **Failure to Block Identity Theft Information**
### **Third Claim for Relief Against CRA Defendants**

77. Equifax reasserts and re-alleges its responses and defenses as set forth herein.

78. Equifax denies the allegations in Paragraph 78.

79. Equifax denies the allegations in Paragraph 79.

80. Equifax denies the allegations in Paragraph 80.

## COUNT IV
## 15 U.S.C. §1681s-2(b)
## Failure to Conduct an Investigation of the Disputed Information and Review all Relevant Information Provided by the Consumer
## (Only Claim for Relief Against Defendant WebBank)

81. Equifax reasserts and re-alleges its responses and defenses as set forth herein.

82. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82.

83. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83.

84. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84.

## PRAYER FOR RELIEF

85. Equifax denies that Plaintiff is entitled to any relief sought in the paragraphs contained in her Prayer for Relief.

Any allegation in Plaintiff's Complaint not heretofore specifically responded to by Equifax is hereby expressly denied.

**WHEREFORE**, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1) Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff; and

(2) It recovers such other and additional relief as the Court deems just and appropriate.

**DEMAND FOR JURY TRIAL**

Equifax admits that Plaintiff demands a jury trial.

Respectfully submitted this 8th day of May, 2025.

          **DEFENDANT,**
          **EQUIFAX INFORMATION SERVICES LLC**

          By  /s/ *Eric J. Rigoli*
              Eric J. Rigoli (ct31287)
              ROBINSON & COLE LLP
              One State Street
              Hartford, CT 06103
              Phone: 860-275-8200
              Fax: 860-275-8299
              E-mail: erigoli@rc.com

              *Counsel for Equifax Information Services, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 8, 2025, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM-ECF System.

                                                    */s/ Eric J. Rigoli*
                                                    Eric J. Rigoli