**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Jill Edwards,<br><br>   Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC,<br>Experian Information Solutions, Inc.,<br>Trans Union, LLC, and Webbank,<br><br>   Defendants. | Case No.: 3:25-cv-00424<br><br>**NOTICE OF APPEARANCE** |

  The undersigned attorney hereby notifies the Court and Counsel that Jordan J. Kleist shall appear as counsel and has been admitted pro hac vice on behalf of Defendant Experian Information Solutions, Inc. in this case.

Dated:  May 8, 2025       **JONES DAY**

              By:  /s/ *Jordan J. Kleist*
                 Jordan J. Kleist
                 MN Bar No. 0403832
                 PHV No. 208652
                 jkleist@jonesday.com
                 90 South Seventh Street, Suite 4950
                 Minneapolis, MN  55402
                 Telephone:  +1.612.217.8800
                 *Admitted Pro Hac Vice*

                 *Attorney for Defendant Experian
                 Information Solutions, Inc.*