IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JILL EDWARDS,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and WEBBANK,<br><br>    Defendants. | Case No.: 3:25-cv-00424-KAD |

**NOTICE OF APPEARANCE**

  **NOTICE IS HEREBY GIVEN** that, pursuant to Local Rule 5(b), Robert J. Murdoch of Buchanan Ingersoll & Rooney enters his appearance as counsel for Defendant Trans Union, LLC in the above captioned matter. All pleadings, papers, and correspondence in this matter should be served upon undersigned counsel.

Dated: May 13th, 2025

                     _/s/ Robert J. Murdoch_
                     Robert J. Murdoch, Bar #92652 PA
                     *Admitted Pro Hac Vice*
                     **Buchanan Ingersoll & Rooney**
                     Union Trust Building
                     501 Grant Street, Suite 200
                     Pittsburgh, PA 15219-4413
                     T: (412) 562-1423
                     F: (412) 562-1041
                     E: robert.murdoch@bipc.com

                     *Attorneys for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13th, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: /s/ *[signature]*