# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JILL EDWARDS,<br><br>      Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>      Defendants. | Case No. 3:25-cv-00424-KAD |

## NOTICE OF APPEARANCE OF SARA E. SWEENEY

**To: The clerk of the Court and all parties of record.**

Kindly enter the appearance of Sara E. Sweeney on behalf of the Defendant, Equifax Information Services LLC, in connection with the above-captioned action.

DATED:  June 12, 2025

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Sara E. Sweeney*
Sara E. Sweeney, CT #428513
ssweeney@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 300
Boston, MA  02210-2028
Telephone:  (617) 946-4800
Facsimile:  (617) 946-4801

*Counsel for Defendant*
*Equifax Information Services LLC*

317909907v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2025, I presented the foregoing NOTICE OF APPEARANCE OF SARA E. SWEENEY with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Sara E. Sweeney
Sara E. Sweeney
*Counsel for Defendant*
*Equifax Information Services LLC*

317909907v.1