IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JILL EDWARDS,<br><br>  Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and WEBBANK,<br><br>  Defendants. | Case No.: 3:25-cv-00424-KAD<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND WEBBANK** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jill Edwards ("Plaintiff") and Defendants Equifax Information Services, LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian"), Trans Union LLC ("Trans Union") and WebBank, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed without prejudice.

Dated: July 8, 2025

| | |
|---|---|
| */s/ Noah Kane*<br>Noah Kane, Esq. (*pro hac vice*)<br>*/s/ Emanuel Kataev*<br>Emanuel Kataev (ct435851)<br>**CONSUMER ATTORNEYS, PLLC**<br>68-29 Main Street<br>Flushing NY 11367<br>T: (718) 412-2421 (office)<br>F: (718) 489-4155 (facsimile)<br>E: nkane@consumerattorneys.com (e-mail)<br><br>*Attorneys for Plaintiff*<br>*Jill Edwards* | */s/ Eric J. Rigoli*<br>Eric J. Rigoli (ct31287)<br>**Robinson & Cole LLP**<br>One State Street<br>Hartford, CT 06103<br>Phone: 860-275-8200<br>Fax: 860-275-8299<br>E-mail: erigoli@rc.com<br><br>*Attorneys for Defendant*<br>*Equifax Information Services, LLC* |

<div style="display: flex;">

<div>

*/s/ Jordan J. Kleist*
Jordan J. Kleist
*Admitted Pro Hac Vice*
JONES DAY
90 South Seventh Street, Suite 4950
Minneapolis, Minnesota 55402
Phone: (612) 217-8829
Email: jkleist@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

*/s/ Peter J. Murphy*
Peter J. Murphy
Federal Bar No. ct26825
Shipman & Goodwin LLC
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5316
Email: pjmurphy@goodwin.com

*Attorney for Defendant WebBank*

</div>

<div>

*/s/ Jonathan D. Janow*
Jonathan D. Janow (CT Bar No. 429209)
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, NW, Suite 300
Washington, DC 20006
Tel: (202) 452-6057
Fax: (202) 452-7989
Email: jonathan.janow@bipc.com

*Attorneys for Defendant*
*Trans Union LLC*

</div>

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Ann Stevenson*