# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JILL EDWARDS,<br><br>                Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and WEBBANK,<br><br>                Defendants. | Case No.: 3:25-cv-00424-KAD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND WEBBANK** |

Upon review of the Parties' Stipulation of Dismissal without Prejudice as to Defendants Equifax Information Services, LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian"), Trans Union LLC ("Trans Union") and WebBank, and good cause appearing,

      **IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed without prejudice.

      **IT IS SO ORDERED**.

Dated: _____

                                                              HONORABLE KARI A. DOOLEY
                                                              UNITED STATES DISTRICT JUDGE